# Exhibit 1

Case 4:11-cv-01120   Document 1-1   Filed on 03/28/11 in TXSD   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPARK ENERGY GAS, LP | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | Jury |
| TOXIKON CORPORATION, | § | |
| Defendant | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Southern District of Texas Local Rule 81, Defendant Toxikon Corporation hereby submits the following Index of Maters Being Filed with its Notice of Removal to Federal Court.

| | |
|---|---|
| Exhibit 1 | This index of matters being filed; |
| Exhibit 2 | All executed process in the case; |
| Exhibit 3 | All pleadings asserting causes of action, and all answers to such pleadings; |
| Exhibit 4 | The docket sheet; and |
| Exhibit 5 | A list of all counsel of record, including addresses, telephone numbers and parties represented. |

# Exhibit 1

1