# Exhibit 2

RECEIPT NUMBER  8949         2.00
TRACKING NUMBER  72633474    CIV

③  CAUSE NUMBER  201108169

| PLAINTIFF: SPARK ENERGY GAS LP | In The 113th |
| vs. | Judicial District Court of |
| DEFENDANT: TOXIKON CORPORATION | Harris County, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: TOXIKON CORPORATION (MASSACHUSETTS CORPORATION) BY SERVING ITS
REGISTERED AGENT STEPHEN MOHAN

5952 NEGLEY DRIVE  KYLE TX 78640

Attached is a copy of ___PLAINTIFF'S ORIGINAL PETITION___

This instrument was filed on the ___8th___ day of ___February___, 20__11__, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___14th___ day of ___February___, 20__11__.

**FILED**
Chris Daniel
District Clerk
MAR 24 2011
Harris County, Texas
_____ Deputy

Issued at request of:
THOMAS, JOSHUA CARTER
1000 LOUISIANA, #2000
HOUSTON, TX 77002
Tel: (713) 646-1322
Bar Number: 24066165

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: MOSLEY, DEANDRA SHAN   737/45H/4930

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the __22__ day of __February__, 20__11__, at __11 35__ o'clock __A__.M., endorsed the date of delivery thereon, and executed it at __401 N! ReBor DR__, __Ky__ __LE__
                                                                                          (street address)           (city)

in __HAY S__ County, Texas on the __1__ day of __mArc H__, 20__11__, at __8:26__ o'clock __A__. M.,
by delivering to __TOXIKON CORP__, by delivering to its
(the defendant corporation named in citation)
__Registered Agent__, in person, whose name is __Stephen Mohan__
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the __Plaintiff's Original__ Petition attached,
(description of petition, e.g., "Plaintiff's Original")

and with accompanying copies of _____
                                  (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the __1__ day of __mArch__, 20__11__.

FEE: $ __45.00__           By: _____
                                (signature of officer)
                           Printed Name: __J. Beanston__

                           As Deputy for: __Constable Kenion__
Affiant Other Than Officer                (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this ___ day of _____, 20 ___

_____
Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 2011-08168

| | | |
|---|---|---|
| SPARK ENERGY GAS, LP | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| TOXIKON CORPORATION, | § § | |
| Defendant | § § § | 113th JUDICIAL DISTRICT |

## RETURN OF SERVICE

Plaintiff Spark Energy Gas, LP files this Return of Service of Defendant Toxikon Corporation. Attached as Exhibit "A" is a true and correct copy of the Citation and Return Affidavit. On February 22, 2011 at 11:35 a.m., the Server received a copy of the Citation and Plaintiff's Original Petition. On March 1, 2011 at 8:20 a.m., the Server delivered a copy of the Citation and Plaintiff's Original Petition to Stephen Mohan, Toxikon Corporation's registered agent in Texas, at the address of 5962 Negley Drive, Kyle, Texas 78640, Texas.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Glen Shu
State Bar No. 00797429
Joshua C. Thomas
State Bar No. 24066185
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 276-1626

**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 48264449 - Page 2 of 3

# Baker Hostetler

Baker & Hostetler LLP

1000 Louisiana
Suite 2000
Houston, TX 77002-5018

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

March 24, 2011

Joshua C. Thomas
direct dial: 713.646.1322
jthomas@bakerlaw.com

**VIA HAND DELIVERY**

Chris Daniel
Harris County District Clerk
Civil Courthouse
201 Caroline
Houston, TX 77002

Re:   Cause No. 2011-08168; *Spark Energy Gas, LP vs. Toxikon Corporation*; In the 113th Judicial District Court of Harris County, Texas

Dear Mr. Daniel:

Enclosed for filing please find Plaintiff's Return of Service in the above-referenced matter.

Please return one file-stamped copy of the above documents to the undersigned via our courthouse messenger.

Thank you for your assistance in this matter.

Sincerely,

Joshua C. Thomas

JCT/kn

Enclosure

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 26, 2011

Certified Document Number:        48264449 Total Pages: 3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**