# Exhibit 4

| HCDistrictclerk.com | SPARK ENERGY GAS LP vs. TOXIKON CORPORATION | 3/26/2011 |
|---|---|---|
| | Cause: 201108168    CDI: 7    Court: 113 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## SUMMARY

### CASE DETAILS

| File Date | 2/8/2011 |
|---|---|
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | BREACH OF CONTRACT |
| Next/Last Setting Date | N/A |

### COURT DETAILS

| Court | 113th |
|---|---|
| Address | 201 CAROLINE (Floor: 10) HOUSTON, TX 77002 Phone:7133686113 |
| JudgeName | John Donovan |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| SPARK ENERGY GAS LP | PLAINTIFF - CIVIL | | THOMAS, JOSHUA CARTER |
| TOXIKON CORPORATION | DEFENDANT - CIVIL | | |
| TOXIKON CORPORATION (MASSACHUSETTS CORPORATION) BY SERVING ITS | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Attorney |
|---|---|---|---|---|---|
| 2/8/2011 | ORIGINAL PETITION | | | 0 | THOMAS, JOSHUA CARTER |

## SERVICE

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN / EXECUTED | ORIGINAL PETITION | TOXIKON CORPORATION (MASSACHUSETTS CORPORATION) BY SERVING ITS REGISTERED AGENT STEPHEN MOHAN | 2/8/2011 | 2/14/2011 | 3/1/2011 | | 3/25/2011 | 72633474 | CIV AGCY-CIVILIAN SERVICE AGENCY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 48264449 | Citation Corporate | | 03/24/2011 | 3 |
| 47860316 | Civil Bureau Process Pick-Up Form | | 02/14/2011 | 1 |
| 47787018 | Plaintiffs Original Petition | | 02/08/2011 | 5 |
| ·> 47787024 | Civil Case Information Sheet | | 02/08/2011 | 1 |
| ·> 47787025 | Civil Process Request | | 02/08/2011 | 2 |
| ·> 47787019 | Exhibit A | | 02/08/2011 | 2 |
| ·> 47787021 | Exhibit B | | 02/08/2011 | 4 |
| ·> 47787022 | Filing letter | | 02/08/2011 | 1 |