# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPARK ENERGY GAS, LP | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. _____ |
| v. | § § | Jury |
| TOXIKON CORPORATION, | § § | |
| Defendant | § § | |

## LIST OF ALL COUNSEL OF RECORD

Pursuant to Southern District of Texas Local Rule 81, Defendant Toxikon Corporation provides this list of all known counsel of record in connection with the removal of this case.

Mr. Glen Shu
SBOT 00797429
Mr. Joshua C. Thomas
SBOT 24066185
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002
Tel.: 713.751.1600
Fax: 713.276.1626
ATTORNEYS FOR PLAINTIFF
SPARK ENERGY GAS, LP

Mr. Fred Dietrich
SBOT 05857050
THE DIETRICH LAW FIRM
2211 Norfolk St., Suite 620
Houston, Texas 77098
Tel.: 713.830.7687
Fax: 713.721.3112
ATTORNEY FOR DEFENDANT
TOXIKON CORPORATION

**Exhibit 5**

Mr. Kenney J. Wrubel
SBOT 24044010
11251 Northwest Freeway, Suite 400
Houston, Texas 77092
Tel.: 832.586.6123
Fax: 281.476.7803
OF COUNSEL FOR DEFENDANT
TOXIKON CORPORATION